**Betty Donoho, Appellee, v. O'Connell's, Inc., Appellant.**

Gen. No. 47,008. 

First District, Third Division.
December 3, 1958.
Rehearing denied December 29, 1958.
Released for publication December 29, 1958.

Albert M. Howard (Charles D. Snewind, of counsel) for appellant; Percival Thompson, Richard A. Lewin, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.